# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEW YORK NEW YORK HOTEL AND CASINO LLC,<br><br>    Defendant(s). | Case No. 2:24-cv-01458-CDS-NJK<br><br>**REPORT AND RECOMMENDATION** |

On September 10, 2024, the Court screened Plaintiff's complaint and ordered that "service must be accomplished within 90 days from the date this order is entered." Docket No. 6 at 4 (citing Fed. R. Civ. P. 4(m)). It does not appear that service was effectuated. *See* Docket No. 8. On December 18, 2024, the Court ordered Plaintiff to show cause in writing why the case should not be dismissed for lack of service. Docket No. 9. No response was filed. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice pursuant to Rule 4(m).

Dated: January 14, 2025

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).